IGNACY A. RUCIENSKI, Appellant, *v.* LIVERPOOL. AND LONDON AND GLOBE INSURANCE COMPANY, Respondent.

IGNACY A. RUCIENSKI, Appellant, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY OF LONDON AND EDINBURGH, Respondent.

*Rucienski* v. *Liverpool & L. & G. Ins. Co.*, 171 App. Div. 914, appeal dismissed.

*Rucienski* v. *No. British & Mercantile Ins. Co.*, 171 App. Div. 914, appeal dismissed.

(Argued April 7, 1919; decided April 15, 1919.)

MOTIONS to dismiss appeals in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department entered November 28, 1915, affirming a judgment in favor of defendant entered upon a verdict.

The motions were made upon the grounds of failure to perfect and prosecute said appeals.

*Robert C. Poskanzer* for motion.

No one opposed.

Motions granted and appeals dismissed, with costs, and ten dollars costs of motion in each case.